**Fill in this information to identify the case:**

Debtor 1: Margaret Rose Smith

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Southern District of Indiana

Case number: 14-01361-JJG-13

Official Form 410S1

# Notice of Mortgage Payment Change                                                   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series II Trust

**Court claim no.** (if known): 6-1

**Last 4 digits** of any number you use to identify the debtor's account: 8 1 8 9

**Date of payment change:** Must be at least 21 days after date of this notice: 07/01/2019

**New total payment:** Principal, interest, and escrow, if any: $ 1,117.38

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 163.63    New escrow payment: $ 57.62

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

| Debtor 1 | Margaret Rose Smith | Case number *(if known)* 14-01361-JJG-13 |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Molly Slutsky Simons
Signature

Date 05/23/2019

Print: Molly Slutsky Simons
First Name    Middle Name    Last Name

Title: Attorney for Creditor

Company: Sottile & Barile, Attorneys at Law

Address: P.O. Box 476
Number    Street

Loveland    OH    45140
City    State    ZIP Code

Contact phone 513-444-4100

Email bankruptcy@sottileandbarile.com

SN Servicing Corporation　　　　　　　　Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:   May 16, 2019

MARGARET R SMITH　　　　　　　　　　　　　　　　　　　　　　　　Loan:
DARRELL G SMITH
35 HICKORY DR
RICHMOND IN  47374　　　　　　　　　　　Property Address:
　　　　　　　　　　　　　　　　　　　　　　6450 NORTH ROUND BARN ROAD
　　　　　　　　　　　　　　　　　　　　　　RICHMOND, IN  47374

### Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from July 2018 to June 2019.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Jul 01, 2019: |
|---|---|---|
| Principal & Interest Pmt: | 1,059.76 | 1,059.76 |
| Escrow Payment: | 163.63 | 57.62 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,223.39 | $1,117.38 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Mar 01, 2019 |
| Escrow Balance: | (162.04) |
| Anticipated Pmts to Escrow: | 654.52 |
| Anticipated Pmts from Escrow (-): | 115.24 |
| Anticipated Escrow Balance: | $377.24 |

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 0.00 | (901.04) |
| Jul 2018 | 55.51 | | 55.51 | | * Forced Place Insur | 0.00 | (901.04) |
| Jul 2018 | | | | 50.57 | * Escrow Disbursement | 0.00 | (951.61) |
| Aug 2018 | 55.51 | 327.26 | 55.51 | | * Forced Place Insur | 0.00 | (624.35) |
| Aug 2018 | | | | 50.57 | * Escrow Disbursement | 0.00 | (674.92) |
| Sep 2018 | 55.51 | 163.63 | 55.51 | | * Forced Place Insur | 0.00 | (511.29) |
| Sep 2018 | | | | 50.03 | * Escrow Disbursement | 0.00 | (561.32) |
| Oct 2018 | 55.51 | 163.63 | 55.51 | | * Forced Place Insur | 0.00 | (397.69) |
| Oct 2018 | | | | 49.76 | * Escrow Disbursement | 0.00 | (447.45) |
| Nov 2018 | 55.51 | 163.63 | 55.51 | | * Forced Place Insur | 0.00 | (283.82) |
| Nov 2018 | | | | 49.48 | * Escrow Disbursement | 0.00 | (333.30) |
| Dec 2018 | 55.51 | 163.63 | 55.51 | | * Forced Place Insur | 0.00 | (169.67) |
| Dec 2018 | | | | 49.21 | * Escrow Disbursement | 0.00 | (218.88) |
| Jan 2019 | 55.51 | 163.63 | 55.51 | | * Forced Place Insur | 0.00 | (55.25) |
| Jan 2019 | | | | 48.92 | * Escrow Disbursement | 0.00 | (104.17) |
| Feb 2019 | 55.51 | 163.63 | 55.51 | | * Forced Place Insur | 0.00 | 59.46 |
| Feb 2019 | | | | 48.64 | * Escrow Disbursement | 0.00 | 10.82 |
| Mar 2019 | 55.51 | | 55.51 | | * Forced Place Insur | 0.00 | 10.82 |
| Mar 2019 | | | | 57.62 | * Escrow Disbursement | 0.00 | (46.80) |
| Apr 2019 | 55.51 | | 55.51 | | * Forced Place Insur | 0.00 | (46.80) |
| Apr 2019 | | | | 57.62 | * Escrow Disbursement | 0.00 | (104.42) |
| May 2019 | 55.51 | | 55.51 | | * Forced Place Insur | 0.00 | (104.42) |
| May 2019 | | | | 57.62 | * Escrow Disbursement | 0.00 | (162.04) |
| Jun 2019 | 55.51 | | 55.51 | | * Forced Place Insur | 0.00 | (162.04) |
| | | | | | Anticipated Transactions | 0.00 | (162.04) |

| | | | | | |
|---|---|---|---|---|---|
| May 2019 | | 490.89 | 37.62 | Forced Place Insur | 271.23 |
| Jun 2019 | | 163.63 | 57.62 | Forced Place Insur | 377.24 |
| | $666.12 | $1,963.56 | $666.12 | $685.28 | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we  anticipated that payments from your account would be made during this period equaling $666.12.  Under Federal law, your lowest monthly balance should not have exceeded $111.02 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.
**(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

Page 2

SN Servicing Corporation  Final
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date: May 16, 2019

MARGARET R SMITH                                                                                           Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 377.24 | 0.00 |
| Jul 2019 | 57.62 | 57.62 | Forced Place Insur | 377.24 | 0.00 |
| Aug 2019 | 57.62 | 57.62 | Forced Place Insur | 377.24 | 0.00 |
| Sep 2019 | 57.62 | 57.62 | Forced Place Insur | 377.24 | 0.00 |
| Oct 2019 | 57.62 | 57.62 | Forced Place Insur | 377.24 | 0.00 |
| Nov 2019 | 57.62 | 57.62 | Forced Place Insur | 377.24 | 0.00 |
| Dec 2019 | 57.62 | 57.62 | Forced Place Insur | 377.24 | 0.00 |
| Jan 2020 | 57.62 | 57.62 | Forced Place Insur | 377.24 | 0.00 |
| Feb 2020 | 57.62 | 57.62 | Forced Place Insur | 377.24 | 0.00 |
| Mar 2020 | 57.62 | 57.62 | Forced Place Insur | 377.24 | 0.00 |
| Apr 2020 | 57.62 | 57.62 | Forced Place Insur | 377.24 | 0.00 |
| May 2020 | 57.62 | 57.62 | Forced Place Insur | 377.24 | 0.00 |
| Jun 2020 | 57.62 | 57.62 | Forced Place Insur | 377.24 | 0.00 |
| | $691.44 | $691.44 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of $0.00. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed $115.24 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is $377.24. Your starting balance (escrow balance required) according to this analysis should be $0.00. This means you have a surplus of $377.24. **(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. As the loan is delinquent, we will not be sending a check for the surplus.

We anticipate the total of your coming year bills to be $691.44. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Page 3

**New Escrow Payment Calculation**
| | |
|---|---:|
| Unadjusted Escrow Payment | 57.62 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $57.62 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: | Case No. 14-01361-JJG-13 |
| Margaret Rose Smith | Chapter 13 |
| Debtor. | Judge Jeffrey J. Graham |

**CERTIFICATE OF SERVICE**

I certify that on May 23, 2019, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Mark S Zuckerberg, Debtor's Counsel
    filings@mszlaw.com

    John Morgan Hauber, Chapter 13 Trustee
    ecfmail@hauber13.com

    Office of the U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on May 23, 2019, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Margaret Rose Smith, Debtor
    6450 N Round Barn Rd
    Williamsburg, IN 47393

                                      Respectfully Submitted,

                                      /s/ Molly Slutsky Simons
                                      Molly Slutsky Simons (OH 0083702)
                                      Sottile & Barile, Attorneys at Law
                                      P.O. Box 476
                                      Loveland, OH 45140
                                      Phone: 513.444.4100
                                      Email: bankruptcy@sottileandbarile.com
                                      Attorney for Creditor